UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-21811-CIV-MARTINEZ-MCALILEY

BLANCA VERA,

    Plaintiff,

vs.

VAN RU CREDIT CORP.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (D.E. No. 7). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of June, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record